## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 23-10994** |
| **Brian S Guenst** | : | **Chapter 13** |
| **Buffy S. Guenst** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **U.S. Bank Trust National Association,** | : | **Related Document # 16** |
| **not in its individual capacity but solely** | : | |
| **as owner trustee for RCF 2 Acquisition** | : | |
| **Trust** | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| | : | |
| **Brian S Guenst** | : | |
| **Buffy S. Guenst** | | |
| **Kenneth E. West, Trustee** | | |
| **Respondents.** | | |

### PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 16)

Now comes U.S. Bank Trust National Association, not in its individual capacity but

solely as owner trustee for RCF 2 Acquisition Trust ("Creditor") by and through counsel, and

hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on May 8,

2023. The Objection to Confirmation of Plan needs to be withdrawn because the loan modification

agreement has been finalized and the current Plan provides for ongoing payments.

Respectfully submitted,

/s/Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

24-001534_SCS2

The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 23-10994** |
| **Brian S Guenst** | : | **Chapter 13** |
| **Buffy S. Guenst** | : | **Judge Patricia M. Mayer** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | : | |
| | : | |
| **U.S. Bank Trust National Association,** | : | **Related Document # 16** |
| **not in its individual capacity but solely** | : | |
| **as owner trustee for RCF 2 Acquisition** | : | |
| **Trust** | : | |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Brian S Guenst** | : | |
| **Buffy S. Guenst** | | |
| **Kenneth E. West, Trustee** | | |
| **Respondents.** | | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of

Objection to Confirmation of Plan (Docket No. 16) was filed electronically.  Notice of this filing

will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Paul H. Young, Attorney for Brian S Guenst and Buffy S. Guenst, support@ymalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Brian S Guenst and Buffy S. Guenst, 1159 Red Barn Lane, Quakertown, PA  18951

/s/Alyk L. Oflazian