United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brian S Guenst  
Buffy S. Guenst  
  Debtors

Case No. 23-10994-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 44 |

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian S Guenst, Buffy S. Guenst, 1159 Red Barn Lane, Quakertown, PA 18951-2446 |
| 14852595 | + | Nationstar Mortgage LLC, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14771279 | | Email/Text: bankruptcy@cavps.com | May 24 2024 00:03:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 14771276 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:12:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14771277 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:11:24 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14775142 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 00:10:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14775512 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 00:11:59 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14771278 | + | Email/Text: bankruptcy@cavps.com | May 24 2024 00:03:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14771903 | + | Email/Text: bankruptcy@cavps.com | May 24 2024 00:03:00 | Cavalry SPV I, LLC, PO Box 27288, Tempe AZ 85285-7288 |
| 14771738 | + | Email/Text: bankruptcy@cavps.com | May 24 2024 00:03:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14771283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:11:28 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14771282 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:12:21 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14790012 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2024 00:03:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 14771280 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2024 00:25:05 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14771281 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2024 00:10:48 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14777072 | + | Email/Text: RASEBN@raslg.com | May 24 2024 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14784124 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 23-10994-pmm    Doc 64    Filed 05/25/24    Entered 05/26/24 00:36:09    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 24 2024 00:11:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14771285 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 24 2024 00:02:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 14771284 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 24 2024 00:02:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14788855 | | Email/Text: nsm_bk_notices@mrcooper.com | May 24 2024 00:02:00 | Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 |
| 14788931 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 24 2024 00:02:00 | Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619094, Dallas TX 75261-9094 |
| 14772506 | | Email/Text: amps@manleydeas.com | May 24 2024 00:02:00 | Nationstar Mortgage LLC, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14772637 | | Email/Text: amps@manleydeas.com | May 24 2024 00:02:00 | Nationstar Mortgage LLC., c/o Adam B. Hall, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14771287 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:12 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14771288 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:16 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14771289 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:12 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14771290 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:11:06 | Synchrony Bank/HHGregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14771291 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:02 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14771292 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:10:33 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14771294 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:51:25 | Synchrony Bank/Money Sport, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14771293 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 01:01:45 | Synchrony Bank/Money Sport, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14771295 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:12 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14771296 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:12:20 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14771298 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 01:01:41 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 14771297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:10:34 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14774500 | + | Email/Text: jaxbanko@td.com | May 24 2024 00:01:00 | TD Auto Finance LLC, c/o Jacob Zweig, Esq., Evans Petree PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 14774427 | + | Email/Text: jaxbanko@td.com | May 24 2024 00:01:00 | TD Bank, N.A., Jacob Zweig, Esq., Evans Petree PC, 1715 Aaron Brenner Drive, Suite 800, Memphis TN 38120-1445 |
| 14774562 | | Email/Text: jaxbanko@td.com | May 24 2024 00:01:00 | TD Bank, N.A., PO Box 16041, Lewiston ME 04243-9523 |
| 14771299 | + | Email/Text: bncmail@w-legal.com | May 24 2024 00:02:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14771300 | + | Email/Text: bncmail@w-legal.com | May 24 2024 00:02:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 14771301 | + | Email/Text: jaxbanko@td.com | May 24 2024 00:01:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14771302 | + | Email/Text: jaxbanko@td.com | May 24 2024 00:01:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 14855159 | + | Email/Text: bkteam@selenefinance.com | May 24 2024 00:02:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |
| 14771303 | + | Email/Text: support@ymalaw.com | May 24 2024 00:02:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14771286 | | Syncb/walmart |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2024        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For Rcf 2 Acquisition Trust amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| JACOB C. ZWEIG | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For Rcf 2 Acquisition Trust mimcgowan@raslg.com |
| PAUL H. YOUNG | on behalf of Debtor Brian S Guenst support@ymalaw.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: May 23, 2024 | Form ID: 155 | Total Noticed: 44

| | |
|---|---|
| | ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Buffy S. Guenst support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:)<br>　Brian S Guenst　　　　　　　　　　　) | Case No. 23−10994−pmm |
| )<br>)<br>　Buffy S. Guenst　　　　　　　　　　　)<br>) | Chapter: 13 |
| 　Debtor(s).　　　　　　　　　　　　　　) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 23, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court