# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Buffy S. Guenst** | : | Case No.: 23-10994 |
| **Brian S Guenst** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust** ("Creditor"). Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Stephen R. Franks | /s/ Adam B. Hall |
| Stephen R. Franks (0075345) | Adam B. Hall (323867) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| SRFranks@mdklegal.com | ABHall@mdklegal.com |

24-001534_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-10994** |
| **Buffy S. Guenst** : | **Chapter 13** |
| **Brian S Guenst** : | **Judge Derek J. Baker** |
| : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** : | |
| : | |
| **U.S. Bank Trust National Association,** : | **Related Document #** |
| **not in its individual capacity but solely** : | |
| **as owner trustee for RCF 2 Acquisition** : | |
| **Trust** : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Buffy S. Guenst** : | |
| **Brian S Guenst** | |
| **Kenneth E. West** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Paul H. Young, Attorney for Buffy S. Guenst and Brian S Guenst, support@ymalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Buffy S. Guenst and Brian S Guenst, 1159 Red Barn Lane, Quakertown, PA  18951

/s/ Adam B. Hall

24-001534_PS